IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTONIO WHITLOW,
ADC #160565                                                          PLAINTIFF

V.                    CASE NO. 2:17-CV-207-DPM-BD

WENDY KELLEY, et al.                                                DEFENDANTS

## ORDER

Mr. Whitlow has moved to voluntarily dismiss the claims raised in this lawsuit. (Docket entry #8) The motion (#8) is GRANTED. Mr. Whitlow's claims are DISMISSED, without prejudice. The Clerk is instructed to close this case.

IT IS SO ORDERED, this 19th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE