IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTONIO WHITLOW,
ADC #160565                                                                                    PLAINTIFF

V.                          CASE NO. 2:17-CV-207-DPM-BD

WENDY KELLEY, et al.                                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 19th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE